FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2010 APR 23  PM 2:24

TIMOTHY M. O'BRIEN
CLERK

KANSAS CITY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Kimberly Kenneth Shanks )
700 Shore vista CT )
Raymore, Mo 64083 )
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
Protection One )    Case Number: 10-CV-2237 MLB/DWB
Name )               (To be assigned by Clerk)
)
14227 W. 95th ST )
Street and number )
)
Lenexa  Ks  66215 )
City    State    Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   ✓  Civil war Civil Right Act of 1870         1991
   ✓  ~~Title VII of the Civil Rights Act of 1964~~, as amended, 42 U.S.C. §§ ~~2000e, et~~
      seq., for employment discrimination on the basis of race, color, ~~religion, gender,~~
      ~~or national origin.~~ An
      **NOTE**: *In order to bring suit in federal district court under Title VII, you must
      first obtain a right-to-sue letter from the Equal Employment Opportunity
      Commission.*

   ___  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
   et seq., for employment discrimination on the basis of age (age 40 or older).
   **NOTE**: *In order to bring suit in federal district court under the Age
   Discrimination in Employment Act, you must first file charges with the Equal
   Employment Opportunity Commission.*

   ___  American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq.,

1

for employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Other (Describe)

_____

_____

_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:
   4-19/21 - 2008

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   _____ Yes   Date filed: _____
   ✓ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   ✓ Yes   Date filed: 08-25-08
   _____ No

6. Have you received a Notice of Right-to-Sue Letter?
   _____ Yes  ✓ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
   _____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   _____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

**NATURE OF THE CASE**

8. The conduct complained of in this lawsuit involves (check only those that apply):
   \_\_\_\_ failure to hire me
   ✓ termination of my employment
   \_\_\_\_ failure to promote me
   \_\_\_\_ failure to accommodate my disability
   ✓ terms and conditions of my employment differ from those of similar employees
   ✓ retaliation
   \_\_\_\_ harassment
   \_\_\_\_ reduction in wages
   \_\_\_\_ other conduct (specify):

   Did you complain about this same conduct in your charge of discrimination?
   ✓ Yes   \_\_\_\_ No

9. I believe that I was discriminated against because of (check all that apply):
   ✓ my race or color, which is  white
   \_\_\_\_ my religion, which is
   \_\_\_\_ my national origin, which is
   ✓ my gender, which is  ✓ male;  \_\_\_\_ female
   \_\_\_\_ my disability or perceived disability, which is
   \_\_\_\_ my age (my birth date is: _____ )
   ✓ other:  retaliation

   Did you state the same reason(s) in your charge of discrimination?
   ✓ Yes   \_\_\_\_ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    I was wrote up for charges that Never occur After turning in a black employee for Being under the influence of Alochol.

    Charge with Violations that Never happen, but were never charge to Black Employee or Female Employee That should of Been.

3

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    \_\_\_\_ are still being committed by Defendant.
    ✓ are no longer being committed by Defendant.
    \_\_\_\_ may still be being committed by Defendant.

12. Plaintiff:
    \_\_\_\_ still works for Defendant
    ✓ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    \_\_\_\_ Yes    ✓ No
    Explain: _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)

\_\_\_\_ Defendant be directed to employ Plaintiff
✓ Defendant be directed to re-employ Plaintiff
\_\_\_\_ Defendant be directed to promote Plaintiff
\_\_\_\_ Defendant be directed to _____
\_\_\_\_ Injunctive relief (please explain): _____
✓ Monetary damages (please explain): Back wages, ~~punishment~~ 100,000 plus
✓ Costs and fees involved in litigating this case
✓ As additional relief to make Plaintiff whole, Plaintiff seeks: 100,000 plus for pain + suffering - mental Destress

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 23 day of April, 20 10.

Kimberly K Shanks
Signature of Plaintiff
Kimberly K Shanks
Name (Print or Type)
700 Shore vista CT
Address
Raymore, Mo 64083
City State Zip Code

4

Telephone Number 913-687-3254

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, (Kansas City) or Topeka ), Kansas as the location for the trial in this matter.     (circle one location)

*Kimberly K Shanks*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ((yes) or no ).
(circle one)

*Kimberly K Shanks*
Signature of Plaintiff

Dated: 04-23-2010
(Rev. 8/07)

5