# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KIMBERLY KENNETH SHANKS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 10-2237-KHV-KGG<br>) |
| PROTECTION ONE, INC., | )<br>) |
| Defendant. | )<br>) |

## **MEMORANDUM AND ORDER**

Defendant has filed a Motion to Compel Discovery (Doc. 15) requesting an Order compelling Plaintiff to respond to discovery, and requesting an award of attorney fees as a sanction under Federal Rule of Civil Procedure 37(a)(5). Plaintiff has not responded to the motion and the time to do so has passed pursuant to D. Kan. Rule 6.1(d)(1). Defendant's motion is, therefore, **GRANTED** as uncontested. *See* D. Kan. Rule 7.4.

Plaintiff is ordered to submit responses to Defendant's discovery requests on or before April 15, 2011. Failure to comply with this order may result in additional sanctions upon motion of Defendant, including the award of additional fees and/or dismissal of Plaintiff's action.

Defendant's motion for an award of reasonable expenses, including attorney fees, incurred in making this motion is **GRANTED**. Defendant may submit an application for payment of fees for the Court's consideration.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas on this 25th day of March, 2011.

       s/ KENNETH G. GALE
      KENNETH G. GALE
      United States Magistrate Judge